UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60749-CIV-SEITZ/O'SULLIVAN

CATHERINE PIJUAN,

        Plaintiff,

v.

TENDER CARE HOME
HEALTH SERVICES CORP., et al.,

        Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

THIS CAUSE comes before the Court upon the Defendant Tender Care Home Health Services Corp.'s Motion to Dismiss [DE-6]. On June 30, 2008, Defendant Raad answered Plaintiff's Complaint [DE-7]. On July 16, 2008, Plaintiff filed a Notice of Intent to File Amended Complaint [DE-8]. Defendants did not object. On July 23, 2008, Plaintiff filed an Amended Complaint [DE-10]. Accordingly, it is hereby

ORDERED THAT Defendant Tender Care Home Health Services Corp.'s Motion to Dismiss [DE-6] is DENIED AS MOOT.

DONE AND ORDERED in Miami, Florida, this 4th day of August, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record