UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60749-CIV-SEITZ/O'SULLIVAN

CATHERINE PIJUAN,

    Plaintiff,

v.

TENDER CARE HOME
HEALTH SERVICES CORP., et al.,

    Defendant.
_____/

### ORDER RESETTING HEARING

THIS CAUSE comes before the Court upon the Defendants' Motion to Continue Hearing [DE-22], which Plaintiff does not oppose. Defense counsel will be out of the district on the day of the scheduled hearing. Upon due consideration, it is hereby

ORDERED THAT

Defendants' Motion to Continue Hearing [DE-22] is GRANTED. The hearing set before the Court on September 25, 2008 at 10:30 a.m. on the parties' Joint Scheduling Report [DE-20] and the Defendant, Tender Care Home Health Services Corp.'s Motion to Dismiss Count III [DE-13] is reset for **October 2, 2008 at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida, this 19 day of September, 2008.

              PATRICIA A. SEITZ
              UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record